NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE BILL OF LADING TRANSMISSION AND PROCESSING SYSTEM PATENT LITIGATION

---

**R&L CARRIERS, INC.,**
*Plaintiff-Appellant,*

v.

**INTERMEC TECHNOLOGIES CORP.,**
*Defendant-Appellee,*

**and**

**AFFILIATED COMPUTER SERVICES, INC.,**
*Defendant-Appellee,*

**and**

**QUALCOMM, INC., MICRODEA, INC.,
DRIVERTECH LLC,
PEOPLENET COMMUNICATIONS CORPORATION,
AND BERRY & SMITH TRUCKING LTD.,**
*Defendants-Appellees,*

**and**

**INTERSTATE DISTRIBUTOR COMPANY,**
*Defendant-Appellee,*

**and**

**PITT OHIO EXPRESS INC.,**
*Defendant-Appellee.*

2010-1493, -1494, -1495, -1496

Appeals from the United States District Court for the Southern District of Ohio in case nos. 09-MD-2050, 09-CV-0532, 09-CV-0818, 09-CV-0445, and 09-CV-0179, Senior Judge Sandra S. Beckwith.

## ON MOTION

## ORDER

The appellees move jointly for a 30-day extension of time, until January 5, 2011, to file their briefs. R&L Carriers, Inc. opposes. The appellees reply.

Accordingly,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

NOV 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 3 0 2010

JAN HORBALY
CLERK

cc: Anthony C. White, Esq.
    Thomas H. Shunk, Esq.
    Douglas J. Williams, Esq.
    Jacob D. Koering, Esq.
    Gregory F. Ahrens, Esq.
    Jonathan S. Franklin, Esq.
    Michael L. Dever, Esq.

s17